# EXHIBIT A

Person/Attorney Filing: Luis Ayon
Mailing Address: 4425 N. 24th Street, Ste. 225
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)777-3300
E-Mail Address: laa@ayonlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024290, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MOHAVE

Katlyn Straub
Plaintiff(s),
v.
Triple Crown Sports, Inc., DBA
Triple Crown So Cal
Defendant(s).

Case No.   S8015CV202200712

**SUMMONS**

To: Triple Crown Sports, Inc., DBA Triple Crown So Cal

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 415 E. Spring St, Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MOHAVE

SIGNED AND SEALED this date: *June 7, 2022*

*Christina Spurlock*
Clerk of Superior Court

By:*GHOWELL*
Deputy Clerk



FILED
Christina Spurlock
CLERK, SUPERIOR COURT
06/07/2022 1:47PM
BY: GHOWELL
DEPUTY

LUIS A. AYON, ESQ.
Arizona Bar No. 024290
laa@ayonlaw.com
**AYON LAW, PLLC**
4425 North 24th Street, Suite 225
Phoenix, Arizona 85016
(602) 777-3300
*Attorney for Plaintiff*
*Katlyn Straub*

Case No.: S8015CV202200712
HON. STEVEN MOSS

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| KATLYN STRAUB, an individual, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| vs. | **(Tort-Non-Motor Vehicle)** |
| TRIPLE CROWN SPORTS, INC., a Colorado Corporation, dba TRIPLE CROWN SO CAL; and JOHN DOES and JANE DOES I-X, ficticous individuals, ABC CORPORTATIONS and/or PARTNERSHIPS and/or SOLE PROPRIETORSHIPS and/or JOINT VENTURES; | |
| Defendants. | |

Plaintiff, by and through her attorney of record, LUIS A. AYON, ESQ. of the law offices of AYON LAW, PLLC hereby complains and alleges against the above-named Defendants as follows:

### PARTIES & JURISDICTION

1. Plaintiff KATLYN STRAUB (hereafter "Plaintiff") is an adult and a resident of Las Vegas, Nevada and brings this lawsuit pursuant to A.R.S. Section 12-542.

1

2. Upon information and belief, Defendant TRIPLE CROWN SPORTS, INC., doing business as Triple Crown Sports So Cal, was at all times relevant hereto a Colorado Corporation doing business in the State of Arizona, County of Mohave.

3. Upon information and belief, Defendant TRIPLE CROWN SPORTS, INC., owned, operated, and organized the Bullhead City Winter Class, located at 2315 Balboa Dr., in Bullhead City, Arizona 86442.

4. The subject incident occurred in Mohave County, Arizona.

5. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants JOHN DOES and JANE DOES I-X, ABC Corporations 1-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures I-X are corporations, business entities, persons, agents, servants or employees whose true names are not now known to Plaintiff. To the extent of discovery to be conducted, Plaintiff alleges that John and Jane Does III – V, ABC Corporations I-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures, I-X are residents of the County of Mohave, State of Arizona, and that they caused events to occur in the State of Arizona out of which Plaintiff's cause of action arose. Plaintiffs request leave of Court to amend the Complaint when the true identities of these Defendants become known to Plaintiff.

6. Defendants caused events to occur in the State of Arizona out of which the cause of action alleged herein arose.

7. Venue is proper in Mohave County because the acts or omissions occurred in Mohave County.

8. The amount in controversy exceeds the minimum requirements for jurisdiction in Superior Court in Arizona.

9. This matter should be regulated by Arizona Rules of Civil Procedure Rule 26.2 Tier 2.

10. At all times herein, all of the Defendants were agents, servants, and employees of each and every other Defendant(s) and were acting within the course and scope of said employment and/or agency, as the case may be.

2

11. All parties availed themselves to the jurisdiction of Mohave County, State of Arizona, and the cause of action as hereinafter alleged, arose in said County and State.

## GENERAL ALLEGATIONS

12. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

13. On or about January 10, 2021, Plaintiff was officiating a softball game at the Bullhead City Winter Classic, a softball tournament taking place from January 9, 2021, until January 10, 2021.

14. At the time, Plaintiff was working a game when she was hit in the head by a foul ball coming from an adjacent field, rending her unconscious and causing her to seize.

## COUNT I: NEGLIGENCE

15. Plaintiff hereby incorporates by this reference paragraphs 1-14 as if fully set forth herein at length.

16. Defendants had a duty to maintain, inspect, and ensure proper fencing to protect tournament participants and workers from rogue foul balls.

17. Defendants, as owners and operators of the tournament, or through its agents or employees, allowed a dangerous condition to persist when Defendant, or its agents or employees, knew, or in the exercise of reasonable care should have known, that the dangerous condition of improper or lack of fencing created an unreasonable risk of harm to tournament participants.

18. The breach of these duties by Defendants proximately and legally caused Plaintiff to incur injuries and damages.

19. Due to Defendants' negligence, Plaintiff suffered past, present and future personal injuries and damages.

20. As a direct and proximate cause of Defendants' negligence, Plaintiff has been required to limit her occupational and recreational activities, which have caused and

3

continue to cause Plaintiff's physical impairment, mental anguish, loss of wages, loss of work capacity and loss of enjoyment of life, in excess of $25,000.00.

### COUNT II: STRICT LIABILITY

21. Plaintiff hereby incorporates by this reference paragraphs 1-20 as if fully set forth herein at length.

22. Defendants had a duty to provide workers' compensation coverage in accordance with A.R.S. § 23-901 et seq. to employees working the tournament, including the umpires.

23. Defendants' failure to provide such coverage to protect softball tournament employees thereby renders Defendants strictly liable for the injuries Plaintiff suffered when she was injured in the course and scope of her employment for Defendants.

**WHEREFORE**, Plaintiff, requests judgment against Defendant as follows:

1. For special and general damages in a fair and reasonable amount:
2. For Attorneys' Fees and Costs of suit incurred herein as well as prejudgment interest at the statutory rate;
3. For such other and further relief as the Court may deem just and equitable.

DATED this 7th day of June, 2022.

**AYON LAW, PLLC**

By: /s/ Luis A. Ayon
LUIS A. AYON, ESQ.
Arizona Bar No. 024290
4425 N. 24th Ave., Suite 225
Phoenix, Arizona 85016
*Attorney for Plaintiff Katlyn Straub*

4

FILED
Christina Spurlock
CLERK, SUPERIOR COURT
06/07/2022  1:47PM
BY: GHOWELL
DEPUTY

Case No.: S8015CV202200712
HON. STEVEN MOSS

Person/Attorney Filing: Luis Ayon
Mailing Address: 4425 N. 24th Street, Ste. 225
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)777-3300
E-Mail Address: laa@ayonlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024290, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

Katlyn Straub
Plaintiff(s),

v.

Triple Crown Sports, Inc., DBA
Triple Crown So Cal
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Mohave County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Luis Ayon /s/
Plaintiff/Attorney for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MOHAVE

**DATE: 06/08/2022**

**S8015CV202200712**

**NOTICE RE: MOHAVE COUNTY ADMINISTRATIVE ORDER 2019-04**

Plaintiff/Petitioner is hereby notified that service of the Summons and Complaint must be made upon all Defendants or adverse parties within ninety (90) days after the Complaint or Petition is filed or the case SHALL be dismissed without prejudice as to parties not timely served in accordance with Rule 4(i), Arizona Rules of Civil Procedure.

cc:

Plaintiff

FILED
Christina Spurlock
CLERK, SUPERIOR COURT
06/27/2022  2:30PM
BY: MHARWOOD
DEPUTY

LUIS A. AYON, ESQ.
Arizona Bar No. 024290
laa@ayonlaw.com
**AYON LAW, PLLC**
4425 North 24th Street, Suite 225
Phoenix, Arizona 85016
(602) 777-3300
*Attorney for Plaintiff
Katlyn Straub*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| KATLYN STRAUB, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>TRIPLE CROWN SPORTS, INC., a Colorado Corporation, TC SPORTS INC., dba TRIPLE CROWN SO CAL, a California Stock Corporation, and JOHN DOES and JANE DOES I-X, ficticous individuals, ABC CORPORTATIONS and/or PARTNERSHIPS and/or SOLE PROPRIETORSHIPS and/or JOINT VENTURES;<br><br>        Defendants. | Case No.: S-8015-CV-202200712<br><br>**FIRST AMENDED COMPLAINT**<br><br>**(Tort-Non-Motor Vehicle)** |

    Plaintiff, by and through her attorney of record, LUIS A. AYON, ESQ. of the law offices of AYON LAW, PLLC, and pursuant to Ariz. R. Civ. P. 15(a)(1)(B), hereby complains and alleges against the above-named Defendants as follows:

## PARTIES & JURISDICTION

    1.    Plaintiff KATLYN STRAUB (hereafter "Plaintiff") is an adult and a resident of Las Vegas, Nevada and brings this lawsuit pursuant to A.R.S. Section 12-542.

1

2. Upon information and belief, Defendant TRIPLE CROWN SPORTS, INC., was at all times relevant hereto a Colorado Corporation doing business in the State of Arizona, County of Mohave.

3. Upon information and belief, Defendant TC SPORTS, INC., dba TRIPLE CROWN SO CAL., was at all times relevant hereto a California Corporation doing business in the State of Arizona, County of Mohave.

4. Upon information and belief, Defendant TRIPLE CROWN SPORTS, INC. and Defendant TC SPORTS, INC., either wholly or jointly owned, operated, and organized the Bullhead City Winter Class, located at 2315 Balboa Dr., in Bullhead City, Arizona 86442.

5. The subject incident occurred in Mohave County, Arizona.

6. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants JOHN DOES and JANE DOES I-X, ABC Corporations 1-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures I-X are corporations, business entities, persons, agents, servants or employees whose true names are not now known to Plaintiff. To the extent of discovery to be conducted, Plaintiff alleges that John and Jane Does III – V, ABC Corporations I-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures, I-X are residents of the County of Mohave, State of Arizona, and that they caused events to occur in the State of Arizona out of which Plaintiff's cause of action arose. Plaintiffs request leave of Court to amend the Complaint when the true identities of these Defendants become known to Plaintiff.

7. Defendants caused events to occur in the State of Arizona out of which the cause of action alleged herein arose.

8. Venue is proper in Mohave County because the acts or omissions occurred in Mohave County.

9. The amount in controversy exceeds the minimum requirements for jurisdiction in Superior Court in Arizona.

10. This matter should be regulated by Arizona Rules of Civil Procedure Rule 26.2 Tier 2.

11. At all times herein, all of the Defendants were agents, servants, and employees of each and every other Defendant(s) and were acting within the course and scope of said employment and/or agency, as the case may be.

12. All parties availed themselves to the jurisdiction of Mohave County, State of Arizona, and the cause of action as hereinafter alleged, arose in said County and State.

## GENERAL ALLEGATIONS

13. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

14. On or about January 10, 2021, Plaintiff was officiating a softball game at the Bullhead City Winter Classic, a softball tournament taking place from January 9, 2021, until January 10, 2021.

15. At the time, Plaintiff was working a game when she was hit in the head by a foul ball coming from an adjacent field, rending her unconscious and causing her to seize.

## COUNT I: NEGLIGENCE

16. Plaintiff hereby incorporates by this reference paragraphs 1-14 as if fully set forth herein at length.

17. Defendants had a duty to maintain, inspect, and ensure proper fencing to protect tournament participants and workers from rogue foul balls.

18. Defendants, as owners and operators of the tournament, or through its agents or employees, allowed a dangerous condition to persist when Defendant, or its agents or employees, knew, or in the exercise of reasonable care should have known, that the dangerous condition of improper or lack of fencing created an unreasonable risk of harm to tournament participants.

19. The breach of these duties by Defendants proximately and legally caused Plaintiff to incur injuries and damages.

3

20. Due to Defendants' negligence, Plaintiff suffered past, present and future personal injuries and damages.

21. As a direct and proximate cause of Defendants' negligence, Plaintiff has been required to limit her occupational and recreational activities, which have caused and continue to cause Plaintiff's physical impairment, mental anguish, loss of wages, loss of work capacity and loss of enjoyment of life, in excess of $25,000.00.

## COUNT II: STRICT LIABILITY

22. Plaintiff hereby incorporates by this reference paragraphs 1-21 as if fully set forth herein at length.

23. Defendants had a duty to provide workers' compensation coverage in accordance with A.R.S. § 23-901 et seq. to employees working the tournament, including the umpires.

24. Defendants' failure to provide such coverage to protect softball tournament employees thereby renders Defendants strictly liable for the injuries Plaintiff suffered when she was injured in the course and scope of her employment for Defendants.

**WHEREFORE**, Plaintiff, requests judgment against Defendant as follows:

1. For special and general damages in a fair and reasonable amount:

2. For Attorneys' Fees and Costs of suit incurred herein as well as prejudgment interest at the statutory rate;

3. For such other and further relief as the Court may deem just and equitable.

DATED this 27th day of June, 2022.

**AYON LAW, PLLC**

By: */s/ Luis A. Ayon*
LUIS A. AYON, ESQ.
Arizona Bar No. 024290
4425 N. 24th Ave., Suite 225
Phoenix, Arizona 85016
*Attorney for Plaintiff Katlyn Straub*

4

FILED
Christina Spurlock
CLERK, SUPERIOR COURT
07/12/2022 2:11PM
BY: GHOWELL
DEPUTY

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| S-8015-CV-202200712 | Superior Court of Mohave County | Mohave, AZ | 7317098 |
| **Plaintiff / Petitioner:** Kaitlyn Straub | | **Defendant / Respondent:** Triple Crown Sports Inc., TC Sports Inc., Triple Crown So Cal. | |
| **Received by:** All Access Process | | **For:** Southwest Injury Law | |
| **To be served upon:** TC Sports, Inc. DBA Triple Crown So Cal | | | |

I, Brandon Azmi, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Travis Ryan Costenmayer, 18627 Malkoha St, Perris, CA 92570
**Manner of Service:** Registered Agent, Jul 9, 2022, 3:43 pm PDT
**Documents:** First Amended Complaint, Summons

**Additional Comments:**
1) Unsuccessful Attempt: Jul 7, 2022, 8:12 am PDT at 18627 Malkoha St, Perris, CA 92570
Home address, gated property, long driveway to house on top of a hill

2) Successful Attempt: Jul 9, 2022, 3:43 pm PDT at 18627 Malkoha St, Perris, CA 92570 received by Travis Ryan Costenmayer. Age: 40's; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'11"; Hair: Other; Other: S&P;
By serving an Agent / Person Authorized

I declare under penalty of perjury that the foregoing is true and correct.

_____   07/11/2022
Brandon Azmi                Date

Serve Vegas LLC
Nevada License 1914-C
9811 W. Charleston Blvd 2-732
Las Vegas, NV 8911
702-209-2140

FILED
Christina Spurlock
CLERK, SUPERIOR COURT
07/12/2022 2:11PM
BY: GHOWELL
DEPUTY

# AFFIDAVIT OF SERVICE

| Case:<br>S8015CV202200712 | Court:<br>Superior Court of Mohave County | County:<br>Mohave, AZ | Job:<br>7233589 (Straub) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Katlyn Straub | | Defendant / Respondent:<br>Triple Crown Sports, Inc., et al. | |
| Received by:<br>Serve Vegas LLC | | For:<br>Southwest Injury Law | |
| To be served upon:<br>Triple Crown Sports, Inc., DBA Triple Crown So Cal | | | |

I, Howard Pinnick, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Adam Kline, 3930 Automation Way, Fort Collins, Colorado 80525
**Manner of Service:** Registered Agent, Jun 16, 2022, 12:51 pm MDT
**Documents:** Complaint, Summons

**Additional Comments:**
1) Successful Attempt: Jun 16, 2022, 12:51 pm MDT at 3930 Automation Way, Fort Collins, Colorado 80525 received by Adam Kline. Age: 40's; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 6'; Hair: Gray; Relationship: Head Accountant;
Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct.

_____    6/22/2022
Howard Pinnick                Date

Serve Vegas LLC
Nevada License 1914-C
9811 W. Charleston Blvd 2-732
Las Vegas, NV 8911
702-209-2140